IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40631
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUBEN ANTONIO RODRIGUEZ, JR.,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeals from the United States District Court
for the Southern District of Texas
USDC No. L-92-CR-209-1
- - - - - - - - - -

August 20, 1999

Before POLITZ, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Ruben Antonio Rodriguez, Jr., federal prisoner # 60006-080,
requests leave to appeal in forma pauperis (IFP) the district
court's denial of his "Ex Parte Complaint under FRCP Rule 60(b);
12(b)(1)(2)(6)&(7)" and his "Ex Parte Motion for Disclosure of
the Character of a United States District Court."  Rodriguez's
motions were "unauthorized and without a jurisdictional basis."
See United States v. Early, 27 F.3d 140, 141 (5th Cir. 1994).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Rodriguez's motion to "supplement pleadings" in this court is DENIED.  Because Rodriguez's appeal fails to present a nonfrivolous issue, his motion for IFP is DENIED.  See Jackson v. Dallas Police Dep't, 811 F.2d 260, 261 (5th Cir. 1986).  The appeal is DISMISSED.  5TH CIR. R. 42.2.

We caution Rodriguez that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Rodriguez should review any pending appeals to ensure that they do not raise arguments that are frivolous.

IFP DENIED; MOTION TO SUPPLEMENT DENIED; APPEAL DISMISSED; SANCTION WARNING ISSUED.